# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131367

THOMAS D. MAYS, Personal
Representative of the Estate of
Donna J. Mays,
        Plaintiff-Appellee,

v

MICHIGAN HEART, P.C.,
BRUCE GENOVESE, M.D.,
TIMOTHY SHINN, M.D., and
MANSOOR A. QURESHI, M.D.,
        Defendants-Appellees,

and

ST. JOSEPH MERCY HOSPITAL,
ST. JOSEPH MERCY HEALTH
SYSTEM, and MARY L. BENNETT,
R.N.,
        Defendants-Appellants.

SC: 131367
COA: 261403
Washtenaw CC: 03-000933-NH

_____/

On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

l0918